**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF SEATTLE**

| | |
|---|---|
| **ALI KANE,**<br><br>       **Plaintiff,**<br><br>              **v.**<br><br>**RON MEYER, et al.**<br><br>       **Defendants.** | **Civil Action No. 2:26-CV-734-RSL-GJL**<br><br><br>**ORDER DECLINING TO ADOPT**<br>**REPORT AND RECOMMENDATION**<br>**AND DISMISSING MOTION FOR**<br>**TEMPORARY RESTRAINING ORDER**<br>**AS MOOT** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, the record of the case, and the amended complaint filed by plaintiff on May 15, 2026, does hereby find and ORDER:

(1)    The Court declines to adopt the Report and Recommendation,

(2)    Plaintiff's motion for a temporary restraining order is dismissed as moot in light of the amended complaint filed on May 15, 2026, and

(3)    The Clerk is directed to send copies of this Order to plaintiff and to the Hon. Grady J. Leupold.

Dated this 18th day of May 2026.

Robert S. Lasnik
United States District Judge